UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEITH M.,

        Plaintiff,

    -v-                              6:19-CV-1169
                                          (DNH/ATB)

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

OFFICE OF PETER W. ANTONOWICZ      PETER W. ANTONOWICZ, ESQ.
Attorney for Plaintiff
148 West Dominick Street
Rome, NY 13440

SOCIAL SECURITY ADMINISTRATION       LUIS PERE, ESQ.
Attorneys for Defendant                         Special Ass't U.S. Attorney
J.F.K. Federal Building, Room 625
15 New Sudbury Street
Boston, MA 02203

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Plaintiff Keith M. filed this action seeking judicial review of a final decision of the

Commissioner of Social Security denying his application for Supplemental Security Income.

By Report-Recommendation dated September 14, 2020, the Honorable Andrew T. Baxter,

United States Magistrate Judge, advised that the Commissioner's decision be affirmed, and

plaintiff's complaint be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. *See* 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. The Commissioner's decision is AFFIRMED;

2. Plaintiff's complaint is DISMISSED IN ITS ENTIRETY; and

3. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: October 14, 2020
      Utica, New York.